IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ODELL T. HARVEY, | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CASE NO. 1:21-cv-01204-JG |
| | § | |
| THE INTERLAKE STEAMSHIP | § | PLAINTIFF DEMANDS |
| COMPANY and LAKE SUPERIOR & | § | A TRIAL BY JURY |
| ISHPEMING RAILROAD COMPANY | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE JAMES S. GWIN OF SAID COURT:

Now come the Parties in the above-entitled action, by their attorneys, and hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that the above-entitled action be dismissed with prejudice and without interest, cost or attorney's fees, and with all rights of appeal waved.

The Plaintiff in this matter is Odell T. Harvey. The Defendants are The Interlake Steamship Company and Lake Superior & Ishpeming Railroad Company.

Plaintiff, a Jones Act seaman, sued Defendants for personal injuries he sustained on April 25, 2018. *See* Dkt. Entry No. 1.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Odell T. Harvey, and Defendants, The Interlake Steamship Company and Lake Superior & Ishpeming Railroad Company, by and through their attorneys, that the above-referenced action, including all claims and crossclaims, be dismissed with prejudice and without costs to any party, and no appeals.

The above-referenced action having been fully compromised and settled by and between all parties, Plaintiff's Complaint and all pending Motions may be and are hereby DISMISSED WITH

PREJUDICE, with each party to bear its own attorneys fees and costs.

Respectfully submitted,

SCHECHTER, MCELWEE, SHAFFER, & HARRIS, L.L.P.

*/s/ Matthew D. Shaffer*
MATTHEW D. SHAFFER*
LAURA DE LA CRUZ*
3200 Travis, Third Floor
Houston, Texas 77006
TEL: (713) 524-3500
FAX: (866) 696-5610
Mshaffer@smslegal.com
Ldelacruz@smslegal.com
*Admitted pro hac vice*

AND

/s/ *O'Bryan Baun Karamanian*
O'Bryan Baun Karamanian
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward Ave., Ste. 463
Birmingham, MI 48009
248.258.6262, 248.258.6047
dob@obryanlaw.net

*Attorneys for Plaintiff Odell T. Harvey*

*/s/ Jennifer Novak*         [by consent]
Jenifer E. Novak (0071167)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
216-515-1660 – Telephone
216-515-1650 – Facsimile
jnovak@frantzward.com
*Attorneys for Defendant Lake Superior &
Ishpeming Railroad Company*

        */s/ Gino Zonghetti*        [by consent]
Gino Zonghetti
KAUFMAN, DOLOWICH & VOLUCK
Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601
201-488-6655 – Telephone
201-488-6652 – Facsimile
gzonghetti@kdvlaw.com
*Attorney for Defendant Interlake Steamship Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been filed with the Court and served upon all known counsel of record on this the 1st day of March 2022 through the Case Management/Electronic Case Filing system of the United States District Court for the Northern District of Ohio.

Jenifer E. Novak (0071167)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
216-515-1660 – Telephone
216-515-1650 – Facsimile
jnovak@frantzward.com
*Attorneys for Defendant Lake Superior & Ishpeming Railroad Company*

Gino Zonghetti
KAUFMAN, DOLOWICH & VOLUCK
Court Plaza North, 25 Main Street, Suite 500
Hackensack, NJ 07601
201-488-6655 – Telephone
201-488-6652 – Facsimile
gzonghetti@kdvlaw.com
*Attorney for Defendant Interlake Steamship Company*

        */s/ Matthew D. Shaffer*
        MATTHEW D. SHAFFER